STATE OF NORTH CAROLINA v. LLYOD GREEN, JR. A/K/A LLOYD GREEN, JR.

No. 71A09

(Filed 9 October 2009)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 194 N.C. App. ——, 670 S.E.2d 635 (2009), affirming judgments entered 4 June 2007 by Judge Jay D. Hockenbury in Superior Court, New Hanover County. Heard in the Supreme Court 9 September 2009.

*Roy Cooper, Attorney General, by Joseph Finarelli, Assistant Attorney General, for the State.*

*Gilda C. Rodriguez for defendant-appellant.*

PER CURIAM.

AFFIRMED.